

# HENRY GARZA

## DISTRICT ATTORNEY

27TH JUDICIAL DISTRICT OF TEXAS
BELL COUNTY

PD-1495-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/6/2015 11:53:27 AM
Accepted 1/16/2015 10:34:45 AM
ABEL ACOSTA
CLERK

January 6, 2015

FILED IN
COURT OF CRIMINAL APPEALS

JANUARY 16, 2015

Louise Pearson, Clerk
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

ABEL ACOSTA, CLERK

RE:   <u>Gini Lee Taylor</u>
      PDR # PD-1495-14
      COA # 03-14-00300-CR, 3rd Court of Appeals of Texas,
      Cause # 71,987, 264th District Court of Bell County, TX

Dear Ms. Pearson:

We have received notice of the filing of the Appellant's Petition for Discretionary Review by the Appellant in the above referenced matter.  This is to advise the Court that the State of Texas agrees with the opinion of the Court of Appeals in this case.

Accordingly, the State will file no further response to the petition, but would respectfully request that the Court deny the petition for discretionary review in this case.

I would appreciate it if you would cause this letter response to be filed of record in this cause.

Please contact me should you have any questions.

PAUL MCWILLIAMS
SEAN K. PROCTOR
ASSISTANT

C. DAVID EAKIN
ASSISTANT

MICHAEL WALDMAN
ASSISTANT

LESLIE MCWILLIAMS
ASSISTANT

BOB D. ODOM
ASSISTANT

STEPHANIE R. NEWELL
ASSISTANT

WM. NELSON BARNES
ASSISTANT

SHELLY STRIMPLE
ASSISTANT

TERRY CLARK
ASSISTANT

FRED BURNS
ASSISTANT

ANNE M. JACKSON
ASSISTANT

SUZANNE WOHLEB
ASSISTANT

☆ ☆

BILLY L. CURRY
CHIEF
CRIMINAL INVESTIGATOR

GREG HOLLOWAY
CRIMINAL INVESTIGATOR

KARL ORTIZ
CRIMINAL INVESTIGATOR

MICHAEL SIMMONS
CRIMINAL INVESTIGATOR

BRIAN BOBE'
CRIMINAL INVESTIGATOR

☆ ☆

JILL A. MCAFEE
VICTIM/WITNESS COORDINATOR

DANA BETTGER
VICTIM/WITNESS COORDINATOR

Sincerely,


/s/ *Bob D. Odom*

Bob D. Odom
Assistant District Attorney
27th Judicial District of Texas
SBA No. 15200000
DistrictAttorney@co.bell.tx.us


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this letter response was served on Appellant's attorney, John A. Kuchera, via E-Service to: johnkuchera@210law.com, on this the 6th day of January, 2015.


HENRY L. GARZA
DISTRICT ATTORNEY
27th JUDICIAL DISTRICT


/s/ *Bob D. Odom*

BOB D. ODOM
Assistant District Attorney
P.O. Box 540
Belton, Texas  76513
Bar I.D. # 152000000
(254) 933-5215 / (254) 933-5704 Fax
DistrictAttorney@co.bell.tx.us

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this letter response was served on Lisa C. McMinn, State Prosecuting Attorney, by E-Service to: information@spa.texas.gov on this the 6th day of January, 2015.


/s/ *Bob D. Odom*

BOB D. ODOM
Assistant District Attorney
P.O. Box 540
Belton, Texas  76513
Bar I.D. # 152000000
(254) 933-5215 / (254) 933-5704 Fax
DistrictAttorney@co.bell.tx.us